# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DARRON DEQUAN MORGAN**                                                                             **PLAINTIFF**
**#250824**

**V.**                          **NO. 4:22-cv-01186-JM**

**HIGGINS,** *et al.*                                                                               **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of January, 2023.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE